MICHAEL J. HEYMAN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: andrea.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JAMES LAWHORN,<br><br>                Defendant. | No. 3:26-cr-00065-SLG-MMS<br><br>COUNTS 1 - 7:<br>THREATS IN INTERSTATE<br>COMMERCE<br>     Vio. of 18 U.S.C. § 875(c)<br><br>COUNT 8:<br>STALKING<br>  Vio. of 18 U.S.C. § 2261A(2)(B) |

**INDICTMENT**

The Grand Jury charges that:

GENERAL ALLEGATIONS

1. At all times relevant to the indictment:

2. The defendant JAMES LAWHORN was a resident of Wasilla, Alaska.

3. Individual-1 was the mayor of a city ("X") in Michigan.

4. Between September 18, 2025, and September 23, 2025, LAWHORN sent and caused to be transmitted through the internet, from the State of Alaska to the State of Michigan, more than 20 messages threatening Individual-1.

5. The internet and the national phone network were instrumentalities of interstate and foreign commerce.

6. LAWHORN intended for Individual-1 to learn of these messages and their contents.

7. LAWHORN sent the messages intending to threaten harm and convey threats of harm to Individual-1 and the family of Individual-1, and to harass and intimidate Individual-1. The messages contained violent, Islamophobic, and homophobic rhetoric, and threats of assassination including via hanging and firing squad.

## COUNT 1

8. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

9. On or about September 18, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet to the Facebook account Crime News in Detroit which contained threats to physically injure and murder Individual-1, as follows:

- We must get this scum out of our country now. Put a bullet in this mf's head now …. Make sure this message gets to that scum bag mayor [Individual-1]

Case 3:26-cr-00065-SLG-MMS    Document 2    Filed 07/22/26    Page 2 of 7

COUNT 2

10. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

11. On or about September 18, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet to the Facebook account Metro Detroit Crime Report which contained threats to physically injure and murder Individual-1, as follows:

- This mayor needs to be killed now…. Hang him and all his family now. He is not safe on the streets anymore

All in violation of Title 18, United States Code, Section 875(c).

COUNT 3

12. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

13. On or about September 18, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet to the Facebook account City of X Government which contained threats to physically injure and murder Individual-1, as follows:

- We put a bullet in this mfs head. No muslims is welcome in our country. We must kill all of them. And this piece of shit. A bullet will find you very soon you mother fucking cock sucker. Your days are numbered as well as your scum of people
- Hang this mayor now or put a bullet in his head
- He is no longer safe in America at all
- Make sure you show this mayor this. I'd be glad for a face to face so I can tear his face off in person
- Better than to never see it coming. Because that is what he brought on himself now. I won't rest until he is dead

- This mf act like he going to tell our citizens to leave our state or country time for him to leave in a box and all his family and friends as well
- He is a dead man walking

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

14. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

15. On or about September 18, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet to the Facebook account X Parks and Rec which contained threats to physically injure and murder Individual-1, as follows:

- Fuck this fag Muslim he must be killed now….. All Muslims must now die in America because of this fucking fag.  No sleep until he is in the dirt along with all his scum family and friends and Muslims.
- Make sure that cocksucker gets this message loud and clear for tomorrow might be too late.  He will walk in fear from this day forward

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 5

16. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

17. On or about September 21, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet to the Facebook account X Area Community Members, which contained threats to physically injure and murder Individual-1, as follows:

- …. The mayor wants to tell one of our American citizens to leave. Well now we are telling that cocksucker scum Muslim to leave. No Muslim is an American citizen and never will be – you are all terrorist and shall be treated as do. Either by hanging or firing squad….Be very worried every time you turn that car key on your home locks or just being in public. You now have a target on your back…. Your done you fucking terrorist scum. Make sure the mayor reads this. So he knows what's coming. Hire lots more Muslim security your going to need them terrorist.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 6

18. Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

19. On or about September 21, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communications via internet sent to the city of X website, which contained threats to physically injure and murder Individual-1, as follows:

- Fuck that Muslim mayor. You tell that cocksucker him and his family and any Muslim he knows is not safe. That mf is in our country and either leaves or we body bag that Muslim scum…. You will be surprised when you don't see it coming. You tell that mf watch his back and be careful when he turns his car on or opens his doors at home. … And there will be e no rest until your 6 feet under mf…. You have a target on your back now…. Make sure the mayor reads this so he knows what's going to happen

All in violation of Title 18, United States Code, Section 875(c).

//

//

20.    Paragraphs 1-7 of this Indictment are incorporated by reference as if set out here.

21.    On or about September 21, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, did knowingly and willfully transmit in interstate commerce, from the State of Alaska to the State of Michigan, communication via the national phone network from the State of Alaska to the State of Michigan, threats to physically injure Individual-1 excerpted here:

- "Make sure this fucking mayor gets this message…."
- "…tell that cocksucker he has a target on his back and we are coming for that prick…"
- "…you're terrorists, terrorists on the books (inaudible) fucking hanging or fucking firing squad…"
- "…we're coming for that sorry scumbag..."
- "… fuck that prick."

All of which is in violation of Title 18, United States Code, Section 875(c).

## COUNT 8

22.    Paragraphs 1-21 of this Indictment are incorporated by reference as if set out here.

23.    Beginning on or about September 18, 2025, and continuing until on or about September 23, 2025, within the District of Alaska and elsewhere, the defendant, JAMES LAWHORN, with the intent to injure, harass, and intimidate another person, used an interactive computer service electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, that is, the internet and the national phone network to engage in a course

of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Individual-1.

All of which is in violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Andrea Steward
ANDREA STEWARD
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: _____ 7/21/26 _____